UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-00103-FDW-DCK

| | |
|---|---|
| YA ANNIA SHEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)     **ORDER**<br>AKOUSTIS TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>)<br>) | |

THIS MATTER is before the Court after a telephone conference regarding a discovery dispute over Plaintiff's Deposition, which is to take place on October 13, 2022. Both parties made oral arguments concerning which individuals Defendant may properly have present during Plaintiff's Deposition. Based on the sequestration issues and other concerns discussed during this telephone conference, this Court holds that Defendant's former employee, Mr. Holden, shall not be present for Plaintiff's Deposition. The parties agree, however, that Defendant Akoustis Technologies, Inc.'s General Counsel may be present for Plaintiff's Deposition, to take place on October 13, 2022.

IT IS THEREFORE ORDERED that Defendant's former employee, Mr. Holden, is prohibited from attending Plaintiff's Deposition.

IT IS SO ORDERED.

Signed: October 13, 2022

Frank D. Whitney
United States District Judge