**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:22-CV-00103-FDW-DCK**

| | | |
|---|---|---|
| YA ANNIA SHEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| AKOUSTIS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte* as to the status of this case. It appears the parties have resolved this case, (Doc. No. 45), and the case settlement deadline for filing an entry of judgment or a stipulation of dismissal has been set for March 27, 2023. However, this matter is docketed for trial beginning on March 13, 2023, and pretrial submissions are required in advance of trial so that the Court can be prepared to proceed. Accordingly, the parties' jointly prepared pretrial submissions required under the Case Management Order in this matter, (Doc. No. 8), shall be due by March 6, 2023.

IT IS THEREFORE ORDERED that the parties shall file either: (1) the jointly prepared stipulation of dismissal, or (2) the jointly prepared pretrial submissions **by March 6, 2023**. A pretrial conference, if necessary, shall take place immediately following docket call on March 13, 2023, in Courtroom #5B of the Charles R. Jonas Building.

IT IS SO ORDERED.

Signed: February 27, 2023

Frank D. Whitney
United States District Judge